FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLIA R.,[1] <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:22-cv-03124-RHW <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** <br><br> **ECF No. 15** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 15, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Cory Brandt represents Plaintiff. Attorney Katherine Watson represents Defendant.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.

3. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions. On remand, the Appeals Council will instruct the ALJ to:

- Evaluate the permanent restrictions assessed by D. Fisher, M.D., L. Anderson, M.D., and C. Cowin, A.R.N.P.;
- Reevaluate the medical opinion evidence;
- Reassess the residual residual functional capacity and reevaluate testimonial and non-medical source statements, as needed;
- Offer Plaintiff the opportunity for a new hearing;
- Obtain supplemental vocation expert testimony; and
- Issue a new decision.

*See* ECF No. 15 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

///

ORDER - 2

1   The District Court Executive is directed to enter this Order, **enter**
2   **Judgment**, forward copies to counsel, and **CLOSE THE FILE**.
3   DATED January 31, 2023.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 3